

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-10-2006

# Fendrick v. PPL Ser Corp

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1887

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Fendrick v. PPL Ser Corp" (2006). *2006 Decisions.* Paper 598.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/598

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-1887
_____

JOHN FENDRICK,
                                        Appellant

v.

PPL SERVICES CORP.,
trading as PPL

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 02-1856)
_____

ORDER AMENDING OPINION

At the direction of the Court, the opinion filed July 25, 2006 is amended in order to
correct a typographical error regarding the name of the District Court Judge.  The caption
is amended so that the District Court Judge is correctly identified as the Honorable A.
Richard Caputo.

                                        For the Court,
                                         /s/ Marcia M. Waldron
                                        Clerk

Date: August 10, 2006
CRG/cc: Cynthia L. Pollick, Esq.
            Michael J. Ossip, Esq.

1